FILED May 19, 2008

United States District Court
Court Clerk

MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08    2682 (PR)  VRW

Dear Clerk:

Greetings from Robert Roy Bamber, inmate # C92271, facility "A", building 2, cell 141 L, Pleasant Valley State Prison, Coalinga, CA 93210. At the present time, the California Department of Corrections has illegally seized my personal properties. This has occurred on three (3) different & seperate occasions, at Salinas Valley State Prison (January 3rd, 1998), California Substance Abuse treatment facility, (June 10th, 2004) & Pleasant Valley State Prison (May 14th, 2008). C.D.C. did seize all of my properties on the above-mentioned, S.V.S.P, #1, 3, 1998, thus preventing me from filing my federal habeas petition within the timelines, Congress requires with, "Antiterrorism & Effective Death Penalty Act". I was detained in P.V.S.P, administrative segregation, fac "A", bldg. 5, cell 118 until late February 1998, at which time I was transferred to Corcoran State Prison, security housing unit, facility "A", building four (4) right, cell 109. On March 17th, 1998 I was transferred to Pelican Bay State Prison, security housing unit, facility "C", building #1, cell

2146. After a few weeks I was rehoused in bldg. #7 in "C" fac., cell #2146. My attorney in regards to my California, first district, division (4) appeals did forward me my legal properties, jury trial transcripts from Superior court no. SCR 21951, State of California for the county of Sonoma, Appellate Court, first district, division #four (4) transcripts, after the #fifteen (15) month deadline, to proceed in federal court after state proceedings were final. Manuel E. Nestle, P.O. Box #129, Forestville, CA. #95436-0129 was my appellate court attorney of record. Judge Walker of the northern District of California federal court, denied my habeas petition as being untimely, without applying, taking extenuating "sequences", due to lack of legal materials & habeas forms & knowledge. Someone whom gained access to my legal paperwork at Salinas Valley State Prison, misteriously mailed the afore-mentioned legal papers & transcripts to Mr. Manuel E. Nestle. C.D.C. seized all of my properties, #seven (7) boxes at California Substance Abuse Treatment Facility on #6, #10, #2004, I was transported to the Administrative segregation unit (ASU), facility #E, building #1, cell #132. #Four (4) boxes of properties were sent with me to (ASU), #Three (#3) boxes of my properties was forwarded to receiving & release to be shipped out. On #10, #29, #2008 I was transfered

to Pleasant Valley State Prison. My property was issued minus the "three(3)" boxes that were sent to R&R at C.S.A.T.F., subsequent "602" appeals have been denied in regards to the "missing" "three(3)" boxes of properties. California Attorney General Jerry Brown has, property receipt & "602", as winer. C.D.C. Correctional Officer J. Johnson, Pleasant Valley State Prison, facility "A", building "2", 3rd watch, floor "1", on "5, 14, 2008", did seize illegally without "due process", guaranteed under state & federal constitutions. This current incident did spring from me requesting of C.C. J. Johnson, a CDC 602 & 1824 forms, after returning from fac. "A" medical offices & clinic, where I did recieve (Lantus insulin 64 units) with pain medication due to having severe abdominal & stomach hernias. I was assulted & battered by CCs. in P.V.S.P., bldg. "2", & on the recreational yard, as I was escorted, in restraints, "handcuffs", to fac. "A", holding cage, within the Program Office. I'm an inmate as defined in Title 42, U.S.C. Section 12102, Americans with Disabilities Act. Californias' Attorney General office does have paperwork, sent to Jerry Brown, Attorney General, that does substaniate the property seizures by CDC & violations of my mere rights. I was confined to quarters (CTQ) on orders

issued by P.V.S.P. fac. "3rd" watch Sgt. McBride so I've been subject to "retaliation", for using appeal forms "602 & 1824", as well as racial hate. Sgt. McBride & c/o D. Johnson are "black & I'm white."

#1. I'm requesting my "1994 & 1998" habeas petitions
#2. An order to C.D.C. to return all properties in their custody pertaining to: Robert Ray Bamber.
#3. An order of protection against my person by C.D.C personnel.

Here's a copy of my current inmate trust account statement. I'm indigenous (without U.S. currency or funds).

Also I would appreciate an attorney appointed for services concerning the above-mentioned violations of law.

Respectfully Requested
Robert Ray Bamber
5, 19, 2008  1640 hrs.



Robert Rey Bamber
C-92271 A2-141
PO Box 8501 PVSP
Coalinga, CA 93210

Confidential Legal Correspondence Mail

THIS MAIL GENERATED FROM
PLEASANT VALLEY STATE PRISON

BAKERSFIELD CA

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

