IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROY BAMBER, ) | |
| ) | |
| Plaintiff(s), ) | No C 08-2682 VRW (PR) |
| ) | |
| vs. ) | ORDER OF TRANSFER |
| ) | |
| CALIFORNIA DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

      Plaintiff, a prisoner at Pleasant Valley State Prison in Coalinga, California, has filed a pro se action challenging the conditions of his confinement. Plaintiff specifically alleges that prison officials have confiscated much of his personal legal property.

      A substantial part of the events or omissions giving rise to the claim(s) occurred in the County of Fresno, which lies within the venue of the Eastern District of California. See 28 USC § 84(b). Venue therefore properly lies in the Eastern District. See id § 1391(b).

      Accordingly, IT IS ORDERED that in the interest of justice and pursuant to 28 USC § 1406(a) this action be TRANSFERRED to the United States District Court for the Eastern District of California.

      The clerk shall transfer this matter and terminate all pending motions as moot.

      SO ORDERED.

VAUGHN R WALKER  
United States District Chief Judge

G:\PRO-SE\VRW\CR.08\Bamber, R1.transfer.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Bamber,

        Plaintiff,

  v.

CA Dept of Corr.,

        Defendant.

                                             Case Number: C08-02682 VRW

                                             **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Roy Bamber C-92271
Pleasant Valley State Prison
Facility A, Building 2, Cell 141 L
P.O. Box 8501
Coalinga, CA 93210

Dated: June 11, 2008

                                            Richard W. Wieking, Clerk
                                            By: Cora Klein, Deputy Clerk