FILED

JUN 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Robert Roy Bamber Plaintiff,

vs.

California Department of Corrections & Rehabilitation Defendant.

CASE NO. ____________

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

**VRW**

**(PR)**

I, Robert Roy Bamber, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____________ Net: ____________

Employer: ____________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

Adobe creek Packing, Finley CA.

$691.00, year of 1993.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment Yes ___ No _X_

b. Income from stocks, bonds, or royalties? Yes ___ No _X_

c. Rent payments? Yes ___ No _X_

d. Pensions, annuities, or life insurance payments? Yes ___ No _X_

e. Federal or State welfare payments, Social Security or other government source? Yes ___ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

___

___

3. Are you married? Yes ___ No _X_

Spouse's Full Name: ___

Spouse's Place of Employment: ___

Spouse's Monthly Salary, Wages or Income:

Gross $___ Net $___

4. a. List amount you contribute to your spouse's support:$ ___

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

______________________________________________

______________________________________________

5. Do you own or are you buying a home? Yes ____ No X

Estimated Market Value: $____________ Amount of Mortgage: $____________

6. Do you own an automobile? Yes ____ No X

Make ______________ Year ____________ Model ______________

Is it financed? Yes _____ No _____ If so, Total due: $ ______________

Monthly Payment: $ ____________

7. Do you have a bank account? Yes _____ No X (Do not include account numbers.)

Name(s) and address(es) of bank: ______________________________

______________________________________________

Present balance(s): $ ______________________________

Do you own any cash? Yes ____ No X Amount: $ ______________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No X

______________________________________________

8. What are your monthly expenses?

Rent: $ CA. state Prison. Utilities: CA. state Prison.

Food: $ " " " Clothing: " " "

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ | $ |
| N/A | $ | $ |
| N/A | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

$115.00, state of california.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6, 3, 2008 — DATE

[signature] — SIGNATURE OF APPLICANT

Case Number: CV 08-2682

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of BAMBER [prisoner name] for the last six months PVSP [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ Ø and the average balance in the prisoner's account each month for the most recent 6-month period was $ Ø.

Dated: 6-9-08

Duran [Authorized officer of the institution]

REPORT ID: TS3030 .701 REPORT DATE: 06/05/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
PLEASANT VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 05, 2007 THRU JUN. 05, 2008

ACCOUNT NUMBER : C92271 BED/CELL NUMBER: AFB2T1000000141L
ACCOUNT NAME : BAMBER, ROBERT ROY ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/05/2007 | | BEGINNING BALANCE | | | | | 18.00 |
| 12/19 | FC01 | DRAW-FAC 1 | 2549 FAC A | | | 18.00 | 0.00 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/04 | *DD30 | CASH DEPOSIT | 2714 MR | | 18.00 | | 18.00 |
| 02/27 | W502 | POSTAGE CHARG | 703605 | | | 3.26 | 14.74 |
| 03/17 | *DD30 | CASH DEPOSIT | 3927 MR | | 4.05 | | 18.79 |
| 03/19 | FC01 | DRAW-FAC 1 | 3958 FAC A | | | 18.79 | 0.00 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/11/89 CASE NUMBER: *9334
COUNTY CODE: *KIN FINE AMOUNT: $ 1,225.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 12/05/2007 | | BEGINNING BALANCE | | 1,112.35 |
| 01/04/08 | DR30 | REST DED-CASH DEPOSIT | 20.00- | 1,092.35 |
| 03/17/08 | DR30 | REST DED-CASH DEPOSIT | 4.50- | 1,087.85 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 18.00 | 22.05 | 40.05 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

6-5-08